amount,'' which is not so much as named or stated, and she agreed to make the deed. This was not more than had been talked of since long prior to the alleged agreement and up to the date of Mrs. Smith's death, and it cannot serve to support the alleged agreement to make the deed, saying nothing of possession and other matters of part performance, necessary to take the case out of the statute of frauds. The decree of the court below will therefore be affirmed.      AFFIRMED.

Decided 9 September, 1901.

LEIGH *v.* JENNINGS.

From Douglas: JAMES W. HAMILTON, Judge.

Action of ejectment by Edw. B. Leigh, G. G. Warner, and

Henry D. Laughlin against P. J. Jennings, Chas. Bruneau, and R. J. Jennings, to recover possession of a mining claim. From a judgment for defendants, this appeal was taken.

DISMISSED.

*Messrs. Dolph, Mallory, Simon & Gearin, F. W. Benson,* and *Coshow & Sheridan,* for appellants.

*Messrs. A. C. Woodcock, J. S. Medley, David Goodsell,* and *Andrew M. Crawford,* for respondents.

Pursuant to the stipulation of the parties to that effect, the appeal was dismissed. No opinion.      DISMISSED.

Decided 24 October, 1901.

LAUGHLIN *v.* JENNINGS.

Douglas County: JAMES W. HAMILTON, Judge.

Suit by Henry D. Laughlin against P. J. Jennings to quiet his title to the south six hundred feet of the Heavenward Mining Claim, in the Bohemia mining district, resulting in a decree as prayed for, from which defendant appeals.

DISMISSED.